UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DOROTHY TICEANO, as Executrix of the Estate of JOHN TICEANO and in her own right,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ELSIE M. BUCKLEY,<br><br>　　　　　Defendant. | Civil No. 08-171 (JEI)<br><br>**ORDER OF REFERRAL TO MEDIATION** |

　　　　The Court having adopted, by Order filed December 19, 1991 a Civil Justice Expense and Delay Reduction Plan for Implementation of the Civil Justice Reform Act of 1990; said Plan having established a program for mediation of complex civil actions; it appearing that mediation of such civil actions would conserve the resources, and be in the best interests, of the court and the parties; and good cause appearing

　　　　**IT IS** on this **5th** day of **August, 2008,**

　　　　ORDERED THAT:

　　　　1.　This civil action be, and it hereby is, referred to mediation consistent with the said Plan;

　　　　2.　Counsel and the parties shall participate in mediation and shall cooperate with the mediator, who shall be designated by the Court;

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator;

4. The mediator may meet with counsel and parties jointly or *ex parte*. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only on consent of counsel, except as necessary to advise the court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or construed as an admission against interest.

5. All proceedings in this civil action are hereby stayed for a period of Ninety (90) days from the date hereof except that discovery as an aid to mediation may be conducted as agreed to by the mediators and counsel.

6. The Court will conduct a **telephone status conference** on **November 20, 2008 at 10:30 a.m.** Counsel for plaintiff shall initiate the telephone call.

                                    s/Joel Schneider
                                    Joel Schneider
                                    United States Magistrate Judge


cc: Honorable Madeline Cox Arleo, U.S.M.J.
    Michael Rivera, Courtroom Deputy